ment, upon which the decision in *Slocum* v. *New York Life Insurance Co.* turned. That case, therefore, is not an authority upon the question we are now engaged in considering.

To return to the case at bar, we find upon the plaintiff's own case, that as matter of law she has failed to show that she herself was free from contributory negligence, and for that reason that her complaint should have been dismissed at the trial. There is no suggestion that she did not produce on the trial all the available evidence to support her complaint, or that upon a new trial she would be able to produce new evidence to support the deficiency in her proofs. An appropriate situation is, therefore, presented for exercising the power conferred by section 1317 of the Code of Civil Procedure as we construe it. The judgment and order appealed from will, therefore, be reversed and the complaint dismissed, with costs in all courts to the defendant.

INGRAHAM, P. J., CLARKE and HOTCHKISS, JJ., concurred. LAUGHLIN, J., dissented from dismissal of complaint.

LAUGHLIN, J. (dissenting):

I dissent from the dismissal of the complaint, but vote for a new trial for error in allowing the contradiction of the witness Smith as to the speed of the car, and on the ground that the verdict is against the weight of the evidence.

Judgment reversed, with costs, and complaint dismissed, with costs. Order to be settled on notice.

---

ERNEST E. PETERSON, Respondent, *v.* OCEAN ELECTRIC RAILWAY COMPANY, Appellant.

First Department, March 6, 1914.

See head note in *Peterson* v. *Ocean Electric R. Co.* (*ante*, p. 720).

APPEAL by the defendant, Ocean Electric Railway Company, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 29th day of April, 1913, upon the verdict of a jury for $5,000, and also from an order entered in said clerk's office

on the 16th day of May, 1913, denying defendant's motion for a new trial made upon the minutes.

*William C. Beecher*, for the appellant.

*Louis Steckler*, for the respondent.

PER CURIAM:

For the reason stated in *Peterson* v. *Ocean Electric R. Co.* (161 App. Div. 720), decided herewith, the judgment and order appealed from are reversed and the complaint dismissed, with costs in all courts to the defendant.

Present — INGRAHAM, P. J., LAUGHLIN, CLARKE, SCOTT and HOTCHKISS, JJ.; LAUGHLIN, J., dissented from dismissal of complaint and voted for a new trial.

Judgment and order reversed, with costs, and complaint dismissed, with costs. Order to be settled on notice.